(7/93)

# United States District Court

## for the

## Western District Of Tennessee

## Report on Offender Under Supervision

Name of Offender: Tony White                     Case Number: 1:97CR10044-001

Name of Sentencing Judicial Officer: The Honorable James D. Todd

Date of Original Sentence: 9/11/1998              Type of Supervision: Supervised Release

Original Offense: Wire Fraud, 18 U.S.C. § 1343;   Date Supervision Commenced: 7/16/2004
Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)

Original Sentence: Prison - 78 Months; TSR - 36   Date Supervision Expires: 7/15/2007
Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **(MANDATORY CONDITION)  "The defendant shall pay... any restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. Payment of the total fine and other criminal monetary penalties shall be due as follows:  in full immediately."** |
| | Tony White has not made regular monthly payments on his outstanding special assessment and restitution. His payments and employment have both been sporadic. A licensed medical practitioner has directed Tony White not to work at the present time due to a medical condition, and Mr. White's disability application remains in a pending status. |

**U.S. Probation Officer Action**:
The probation officer has made attempts to verify Tony White's sporadic employment and monitor his financial status through credit bureau checks and solicited completion of financial affidavits. Mr. White has recently accepted part-time employment as a church pastor, and the probation officer executed an income assignment in the amount of $50 per month, per Tony White's voluntary agreement. As the Court sentenced Mr. White to the statutory maximum term of supervised release, his term of supervised release cannot be extended. **The probation officer respectfully recommends that the Court allow Tony White's term of supervised release to expire as scheduled on July 15, 2007, with a restitution and special assessment balance due.**

                                        Respectfully submitted,

                                    by  s\Mark Alan Escue

                                        Mark Alan Escue
                                        U.S. Probation Officer
                                        Date:  June 25, 2007

Prob12A
**Re: White, Tony**
**June 25, 2007**
**Page 2**

[X]   Court Concurs with Officer Recommendation
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

**s/James D. Todd**

Signature of Judicial Officer

June 28, 2007

Date